```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 05577
    MOLLY G HELMINSKI
                                                CHAPTER 13

                                                JUDGE: JOHN H SQUIRES

         Debtor
    SSN XXX-XX-4431
```

---
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
---

   Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/18/05 and confirmed on 04/15/05.

   2.  The case was dismissed after confirmation, 09/05/2008.

   3.  The Debtor paid a total of $  10700.00 .

   4.  The Trustee made disbursements to creditors as follows:

---

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| NUVELL CREDIT COMPANY LL | SECURED | 8000.00 | 1153.87 | 7056.93 |
| AMERICASH LOANS | UNSECURED | 1125.25 | .00 | .00 |
| AMERICASH LOANS | UNSECURED | 594.86 | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| CAPITAL ONE FINANCIAL | UNSECURED | NOT FILED | .00 | .00 |
| COMED | UNSECURED | 552.80 | .00 | .00 |
| CCS | UNSECURED | NOT FILED | .00 | .00 |
| HSBC | UNSECURED | NOT FILED | .00 | .00 |
| NICOR GAS | UNSECURED | 1198.47 | .00 | .00 |
| PAYDAY LOAN | UNSECURED | NOT FILED | .00 | .00 |
| PREFERRED CASH | UNSECURED | NOT FILED | .00 | .00 |
| ASSET ACCEPTANCE CORP | UNSECURED | 694.17 | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| UNITED CASH LOANS | UNSECURED | NOT FILED | .00 | .00 |
| WESTLAKE COMMUNITY HOSPI | UNSECURED | NOT FILED | .00 | .00 |
| NUVELL CREDIT COMPANY LL | UNSECURED | 7885.63 | .00 | .00 |

         Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | 8000.00 | .00 | 12051.18 | .00 | 20051.18 |
| PRINCIPAL PAID | 7056.93 | .00 | .00 | .00 | 7056.93 |
| INTEREST PAID | 1153.87 | .00 | .00 | .00 | 1153.87 |
| TOTAL PAID | 8210.80 | .00 | .00 | .00 | 8210.80 |

The Debtor's attorney, RICHARD S BASS                 , was allowed $   2300.00
and was paid $    300.00  direct and $   2000.00  through the plan.

The Trustee received $    489.20 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 12/12/08                          /S/
                                         GLENN STEARNS
                                         CHAPTER 13 TRUSTEE




                                  PAGE   2
        CASE NO. 05 B 05577 MOLLY G HELMINSKI